Brent T. Robinson, Esq.
ROBINSON & TRIBE
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No. (208) 436-6804
Email Address:  btr@idlawfirm.com
Idaho State Bar No. 1932

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No.  15-40956-JDP |
|---|---|---|
|  | ) | (Chapter 11) |
| BLACK RIDGE ENERGY SERVICES, INC., | ) |  |
| an Idaho corporation, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

STIPULATION RE:  AUTOMATIC STAY

COME NOW the above-named debtor, by and through its attorney, Brent T. Robinson of the firm Robinson & Tribe, and David E. Rayborn attorney of record for creditor Southeast Financial, Inc., and hereby stipulate and agree as follows:

1. That Southeast Financial, Inc., filed a motion for relief from stay (Doc. 65) on January 21, 2016.

2. That counsel for the debtor is prepared to file an Objection to the motion and a notice of hearing; however, the preliminary hearing cannot be held within thirty (30) days after the date of filing the motion.

3. That the automatic stay imposed upon filing shall remain in full force and effect until the preliminary hearing on said creditor's motion for relief from stay, which is scheduled for a

Stipulation Re:  Automatic Stay - 1

hearing via Boise-Pocatello video conference on February 23, 2016, at 9:00 a. m.

       DATED this 28th day of January, 2016.

ROBINSON & TRIBE

By:/s/ Brent T. Robinson                              /s/ David E. Rayborn
   Brent T. Robinson                                 David E. Rayborn
   Attorney for Debtor                             Attorney for Southeast Financial, Inc.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 28th day of January, 2016, the within and foregoing *Stipulation Re: Automatic Stay* was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- Marty Durand    marty@idunionlaw.com, Mary@idunionlaw.com
- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov
- Kelly Greene McConnell    litigation@givenspursley.com
- David E Rayborn    raybornlegal@gmail.com
- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

       That a copy of said document was also sent via U. S. mail, postage paid, to the following:

Black Ridge Energy Services, Inc.
1960 Mooney Drive
Pocatello, Idaho 83204

                                                    /s/ Brent T. Robinson
                                                     Brent T. Robinson