Brent T. Robinson, Esq.
ROBINSON & TRIBE
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, ID  83350-0396
Telephone No. (208) 436-4717
Facsimile No. (208) 436-6804
Email Address:  btr@idlawfirm.com
Idaho State Bar No. 1932

Attorneys for Debtor


UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Case No. 15-40956-JDP |
| ) | (Chapter 11) |
| BLACK RIDGE ENERGY SERVICES, INC. ) | |
| ) | |
| Debtor. ) | |

EX-PARTE MOTION TO CONDITIONALLY APPROVE THE DISCLOSURE STATEMENT

COMES NOW the debtor, by and through its attorney of record, Brent T. Robinson of the firm Robinson & Tribe, and having filed the Disclosure Statement and Chapter 11 Plan, moves the Court on an ex-parte basis for an order conditionally approving the Disclosure Statement based upon the following:

1.  This Chapter 11 bankruptcy is simple and is based upon the information contained in the Disclosure Statement, as well as its attachments; therefore, the Disclosure Statement could be conditionally approved and it is hereby requested that such a conditional approval occur.

DATED this 30th day of March, 2016.

ROBINSON & TRIBE

By:/s/ Brent T. Robinson
Brent T. Robinson

Ex-Parte Motion . . . Approve the Disclosure Statement.  - 1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 30<u>th</u> day of <u>March</u>, 2016, the within and foregoing *Ex-Parte Motion to Conditionally Approve the Disclosure Statement* was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- Marty Durand     marty@idunionlaw.com, Mary@idunionlaw.com

- David E Eash     deash@ewinganderson.com, bzeski@ewinganderson.com;ddeltchev@ewinganderson.com;tgazaway@ewinganderson.com

- Mary P Kimmel     ustp.region18.bs.ecf@usdoj.gov

- Kelly Greene McConnell     litigation@givenspursley.com

- David E Rayborn     raybornlegal@gmail.com

- Brent T Robinson     btr@idlawfirm.com, cb@idlawfirm.com

- US Trustee     ustp.region18.bs.ecf@usdoj.gov

      That a copy of said document was also sent via U. S. mail, postage paid, to the following:

Black Ridge Energy Services, Inc.
1960 Mooney Drive
Pocatello, Idaho 83204

                                                         /s/ Brent T. Robinson
                                                       Brent T. Robinson