GARY L. RAINSDON
BANKRUPTCY TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

In Re:

BLACK RIDGE
ENERGY SERVICES, INC.,

)   CHAPTER 7
)
)   CASE NO. 15-40956-JDP
)
)
)
Debtor    )

**Trustee's Case Report**

Date Case Filed: 10/08/15

Matters requiring further administrations:
Claim in case #17-40291-JDP, 2017 tax returns, pay professionals, distribution.

Description of pending actions and dates of projected hearings:
Trustee has filed a Proof of Claim in case #17-40291-JDP and is awaiting distribution from that case.

Projected date for filing of final accounting:
There is currently $11,318.14 available in the estate.  The Trustee's Final Report is projected to be filed by January 31, 2019.

Dated this: March 2, 2018

/s/  Gary L. Rainsdon
Gary L. Rainsdon, Trustee

cc: U.S. Trustee, ECF